1  Morin I. Jacob, Bar No. 204598
   mjacob@lcwlegal.com
2  Lisa S. Charbonneau, Bar No. 245906
   lcharbonneau@lcwlegal.com
3  LIEBERT CASSIDY WHITMORE
   A Professional Law Corporation
4  135 Main Street, 7th Floor
   San Francisco, California 94105
5  Telephone:  415.512.3000
   Facsimile:   415.856.0306
6
   Attorneys for Defendants COUNTY OF STANISLAUS,
7  BIRGIT FLADAGER

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | DOUGLAS MANER,                          | Case No.: 1:14-CV-01014-MCE-MJS |
12 |            Plaintiff,                   | [The Honorable Morrison C. England, Jr., Courtroom 7] |
13 |      v.                                 | **ORDER GRANTING DEFENDANTS' REQUESTS FOR PAGE LIMIT INCREASES TO SUMMARY JUDGMENT MOTIONS** |
14 | COUNTY OF STANISLAUS, BIRGIT FLADAGER, and DOES 1 through 20, inclusive, | |
15 |                                         | |
16 |            Defendants.                  | Trial Date:   October 24, 2016 |

6246934.2  ST236-025

ORDER ON DEFENDANTS' REQUESTS FOR PAGE LIMIT INCREASES

1    Having considered Defendants' Requests for Page Limit Increases to
2 Summary Judgment Motions (ECF No. 24), the moving papers before me, and for
3 good cause shown, Defendant's requests are hereby GRANTED.

4    Defendant County of Stanislaus' Memorandum of Points and Authorities in
5 support of its Motion for Summary Judgment against Plaintiff Douglas Maner may
6 exceed the 20-page limit set forth in this Court's Pretrial Standing Order.  Pursuant
7 to this Order, Defendant County's Memorandum may not exceed 30 pages.

8    Defendant Birgit Fladager's Memorandum of Points and Authorities in
9 support of its Motion for Summary Judgment against Plaintiff Douglas Maner may
10 exceed the 20-page limit set forth in this Court's Pretrial Standing Order.  Pursuant
11 to this Order, Defendant Birgit Fladager's Memorandum may not exceed 30 pages.

13    IT IS SO ORDERED.

15 Dated:  February 2, 2016

17 MORRISON C. ENGLAND, JR., CHIEF JUDGE
18 UNITED STATES DISTRICT COURT