Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
Lisa S. Charbonneau, Bar No. 245906
lcharbonneau@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone:   415.512.3000
Facsimile:   415.856.0306

Attorneys for Defendants
COUNTY OF STANISLAUS and
BIRGIT FLADAGER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| DOUGLAS MANER, | Case No.: 1:14-CV-01014-MCE-MJS |
|---|---|
| Plaintiff, | **DEFENDANT BIRGIT FLADAGER'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| COUNTY OF STANISLAUS, BIRGIT FLADAGER, and DOES 1 through 20, inclusive, | *[Filed concurrently with Memorandum of Points and Authorities, Statement of Undisputed Facts, Joint Statement of Undisputed Facts, Appendix of Evidentiary Support, Request for Judicial Notice, Proposed Order, Proposed Judgment]* |
| Defendants. | |
| | Date:     April 21, 2016<br>Time:     2:00 PM<br>Courtroom:7, 14th Floor<br>Judge:     Morrison C. England, Jr. |
| | Trial Date: October 24, 2016 |

TO THE COURT, PLAINTIFF, AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 21, 2016, at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 7 of the above-entitled court located at 501 I Street, Sacramento, California 95814, Defendant BIRGIT FLADAGER ("Defendant" or "Fladager") will and hereby does move this Court for an order granting summary judgment, or in the alternative, partial summary judgment, in her favor and against

Liebert Cassidy Whitmore
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105

6768020.2 ST236-025                                                  1

Plaintiff DOUGLAS MANER ("Plaintiff" or "Maner") on the following grounds.

1. Maner did not engage in speech protected by the First Amendment;

2. Maner did not engage in associational activity protected by the First Amendment;

3. Defendant Fladager was not personally involved in any of the alleged adverse actions sufficient to establish liability;

4. Maner cannot show his protected activity was a substantial or motivating factor for any of the alleged adverse actions;

5. The same decisions would have been made even if Maner had never engaged in protected activity;

6. Maner was not constructively discharged;

7. All complained-of conduct prior to April 10, 2012 is time-barred;

8. Maner was provided with due process;

9. Defendant Fladager has qualified immunity;

10. California Labor Code sections 1101 and 1102 are not applicable to Defendant Fladager;

11. Defendant Fladager is statutorily immune under the California Tort Claims Act from suit under California Labor Code sections 1101 and 1102;

12. Maner's California Labor Code claims are pre-empted;

13. Maner's California Labor Code claims fail;

14. Maner is not entitled to punitive damages;

15. Maner failed to exhaust administrative remedies;

16. Maner failed to exhaust his collectively bargained grievance procedure.

This motion is based upon the Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Statement of Undisputed Facts, Joint Statement of Undisputed Facts, the Request for Judicial Notice, and the Appendix of Evidentiary Support, filed concurrently herewith, and all pleadings, papers, and records on file herein, all papers lodged with the Court, and upon any other oral or documentary evidence that may be presented at the hearing on this Motion.

Liebert Cassidy Whitmore
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105

Dated:   February 24, 2016

Respectfully submitted,

LIEBERT CASSIDY WHITMORE

By:   /s/ Morin I. Jacob

Morin I. Jacob
Lisa S. Charbonneau
Attorneys for Defendants
COUNTY OF STANISLAUS and
BIRGIT FLADAGER

Liebert Cassidy Whitmore
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105