Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
Lisa S. Charbonneau, Bar No. 245906
lcharbonneau@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone:   415.512.3000
Facsimile:   415.856.0306

Attorneys for Defendants
COUNTY OF STANISLAUS and
BIRGIT FLADAGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS MANER,<br><br>            Plaintiff,<br><br>      v.<br><br>COUNTY OF STANISLAUS, BIRGIT FLADAGER, and DOES 1 through 20, inclusive,,<br><br>            Defendants. | Case No.:  1:14-CV-01014-MCE-MJS<br><br>**JOINT STATEMENT OF UNDISPUTED FACTS SUPPORTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>*[Filed concurrently with Notice of Motion, Memorandum of Points and Authorities, Statement of Undisputed Facts, Appendix of Evidentiary Support, Request for Judicial Notice, Proposed Order, Proposed Judgment]*<br><br>Date:      April 21, 2016<br>Time:      2:00 PM<br>Courtroom:7, 14th Floor<br>Judge:      Morrison C. England, Jr.<br><br>Trial Date: October 24, 2016 |

By and through their counsel of record, Defendants County of Stanislaus and

Birgit Fladager, and Plaintiff Douglas Maner submit this Joint Statement of Undisputed

Facts in conjunction with Defendants' Motions for Summary Judgment, or in the

Alternative, Partial Summary Judgment.  Defendants and Plaintiff agree that the

following facts are established, admissible, and undisputed for the purpose of litigating

Defendants' Motions for Summary Judgment, or in the Alternative, Partial Summary

Judgment.  The facts are not intended to be otherwise binding.

DEFENDANTS' JOINT STATEMENT OF STIPULATED FACTS

1. Douglas Maner ("Maner") began working for the County of Stanislaus ("County") in 1991 as a Deputy District Attorney ("DDA") in the Office of the District Attorney ("ODA").

2. Maner was a level V DDA ("DDA V") from 1998 until his 2013 resignation.

3. From 1991 until he submitted his resignation letter on October 7, 2013, Maner was a classified employee with a property interest in his employment and could only be terminated for good cause.

4. On May 23, 2006, the Modesto Bee published a Letter to the Editor authored by Maner. The Letter to the Editor was titled, "Cummins Seeks Discussion." Maner signed the letter, "Doug Maner, senior prosecutor, Oakdale." The text of the Letter to the Editor was the following:

> Judge Michael Cummins' analysis of the district attorney's murder-conviction rate has been misrepresented by the Bee and others who fail to understand how things really work in a district attorney's office. As a lawyer for 24 years, 15 as a prosecutor, a state-bar certified criminal law specialist and a veteran of nearly 100 criminal trials, hopefully I can provide some perspective. When a district attorney's office management decides that a murder conviction is a just result, jury trial is the only way to achieve that goal. If a lesser offense, such as manslaughter is appropriate, most defendants will accept a plea bargain for significantly less prison time than 15 to 25 years to life for murder. Jury trials are expensive and difficult for the district attorney's office, witnesses, police and jurors. When district attorney's office supervisors require that a murder case go to trial when a manslaughter plea is available, but only get a manslaughter conviction, this is a loss, no matter who's keeping score. Cummins desires to stimulate debate regarding the murder-conviction rate, not malign the hardworking prosecutors handling these cases, most of whom are dedicated professionals committed to obtaining justice. Remember, he was a prosecutor who tried the toughest cases and won.

5. In June 2006, the County elected a new District Attorney ("DA"), Birgit Fladager. DA Fladager assumed office in July 2006.

6. During the 2006 campaign for County DA, Maner supported Birgit Fladager's opponent, Judge Michael Cummins.

\\

Liebert Cassidy Whitmore
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105

DEFENDANTS' JOINT STATEMENT OF STIPULATED FACTS

Liebert Cassidy Whitmore
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105

7.     Shortly after DA Fladager issued her August 11, 2008, Order of Suspension, Maner timely appealed the suspension and timely requested the appeal be heard by an arbitrator.

8.     Maner was suspended without pay for five days from September 8, 2008, to September 12, 2008.

9.     On March 4, 2009, the County restored Maner's five days of pay from his suspension dated September 8, 2008, to September 12, 2008.

10.     Maner received ADA Shipley's June 14, 2013, Notice of Intended Discharge on June 14, 2013.

11.     Maner was served with DA Fladager's July 19, 2013, Amended Notice of Intended Discharge between July 20, 2013, and July 24, 2013.

12.     Maner was served with the Sheriff Christianson's August 23, 2013, Order for Suspension between August 24, 2013, and August 28, 2013.

13.     Maner timely appealed the thirty-day suspension on August 29, 2013, and timely requested the appeal be heard by an arbitrator on September 5, 2013.

14.     Maner was on paid leave from June 17, 2013, through June 28, 2013, on paid vacation from June 29, 2013, through July 8, 2013, and again on paid leave from July 9, 2013, through August 9, 2013.

15.     Maner returned to work on August 12, 2013. Maner served his unpaid suspension from August 26, 2013, through October 4, 2013.

16.     Maner's post-suspension return to work date was October 7, 2013.

17.     On September 23, 2013, Maner reviewed a listing of new DDA assignments and did not see his name on it.

18.     On October 4, 2013, Chief DDA Harris notified Maner that he would be rotated into a Collateral Support Assignment ("CSA").

19.     Maner submitted a resignation letter to the ODA on October 7, 2013, effective October 8, 2013.

\\

DEFENDANTS' JOINT STATEMENT OF STIPULATED FACTS

Dated: February 22, 2016

PENNER, BRADLEY & SIMONIAN

By: _____
Peter Bradley
Attorneys for Plaintiff
Douglas Maner

Dated: February 24, 2016

LIEBERT CASSIDY WHITMORE

By: _____
Morin I. Jacob
Lisa S. Charbonneau
Attorneys for Plaintiff
Douglas Maner

Liebert Cassidy Whitmore
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105

DEFENDANTS' JOINT STATEMENT OF STIPULATED FACTS