Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
Lisa S. Charbonneau, Bar No. 245906
lcharbonneau@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone: 415.512.3000
Facsimile: 415.856.0306

Attorneys for Defendants
COUNTY OF STANISLAUS and
BIRGIT FLADAGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS MANER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF STANISLAUS, BIRGIT FLADAGER, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 1:14-CV-01014-MCE-MJS<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>*[Filed concurrently with Notice of Motion, Memorandum of Points and Authorities, Statement of Undisputed Facts, Joint Statement of Undisputed Facts, Appendix of Evidentiary Support, Proposed Order, Proposed Judgment]*<br><br>Date: April 21, 2016<br>Time: 2:00 PM<br>Courtroom:7, 14th Floor<br>Judge: Morrison C. England, Jr.<br><br>Trial Date: October 24, 2016 |

TO THE COURT, PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 21, 2016, at 2:00 p.m., or as soon thereafter as this matter be heard in the above-entitled Court, Defendants County of Stanislaus ("County"), and Birgit Fladager ("Fladager"), will request judicial notice of the following documents in connection with their Motions for Summary Judgment or in the Alternative, Partial Summary Judgment ("Motions") against Plaintiff Douglas Maner ("Plaintiff") in

*Douglas Maner v. County of Stanislaus, et al.*, USDC Case No. 1:14-CV-01014-MCE-MJS based on the following:

Federal Rules of Evidence, Rule 201, allows the Court to take judicial notice of facts that are "generally known within the trial court's territorial jurisdiction," or that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." (Fed. R. Evid. 201(b)(1), (2).) "Under Rule 201, municipal ordinances are proper subjects of judicial notice because they are not subject to reasonable dispute." (*Calop Business Systems, Inc. v. City of Los Angeles*, 984 F.Supp.2d 981, 992 (C.D. Cal. 2013), citing *Tollis, Inc. v. County of San Diego*, 505 F.3d 935, 938 n. 1 (9th Cir. 2007); see also *Rabkin v. Dean*, 856 F. Supp. 543, 546 (N.D. Cal. 1994) – "[t]he Court may take judicial notice of city charters, city ordinances and resolutions, and the contents and legislative history of a proposed city ordinance or resolution".) Thus, the court may take judicial notice of the Stanislaus County Code.

Accordingly, Defendants request that the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the following documents attached to the Appendix of Evidentiary Support filed herewith:

a) Stanislaus County Code Chapter 2.08, attached to the Appendix of Evidentiary Support as Exhibit 78;

b) Stanislaus County Code Chapter 3.04, attached to the Appendix of Evidentiary Support as Exhibit 79;

c) Stanislaus County Code Chapter 3.28, attached to the Appendix of Evidentiary Support as Exhibit 80.

Dated: February 24, 2016

LIEBERT CASSIDY WHITMORE

By: */s/ Morin I. Jacob*
    Morin I. Jacob
    Lisa S. Charbonneau
    ATTORNEYS FOR DEFENDANTS
    COUNTY OF STANISLAUS,
    BIRGIT FLADAGER