Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
Lisa S. Charbonneau, Bar No. 245906
lcharbonneau@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone: 415.512.3000
Facsimile: 415.856.0306

Attorneys for Defendants
COUNTY OF STANISLAUS and
BIRGIT FLADAGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DOUGLAS MANER, | Case No.: 1:14-CV-01014-MCE-MJS |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT FLADAGER'S MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| COUNTY OF STANISLAUS, BIRGIT FLADAGER, and DOES 1 through 20, inclusive,, | |
| Defendants. | *[Filed concurrently with Notice of Motion, Memorandum of Points and Authorities, Statement of Undisputed Facts, Joint Statement of Undisputed Facts, Appendix of Evidentiary Support, Request for Judicial Notice, Proposed Judgment]* |
| | Date: April 21, 2016<br>Time: 2:00 PM<br>Courtroom:7, 14th Floor<br>Judge: Morrison C. England, Jr. |
| | Trial Date: October 24, 2016 |

The motion of Defendant Birgit Fladager ("Fladager") for summary judgment came on regularly for hearing before this Court on April 21, 2016, at 2:00 p.m. in the above-entitled Court, the Honorable Morrison C. England, presiding. Morin I. Jacob of Liebert Cassidy Whitmore appeared for Defendant Birgit Fladager and Peter Sean Bradley of the Law Office of Peter Sean Bradley appeared on behalf of Plaintiff Douglas Maner ("Plaintiff").

After considering the moving and opposing papers, arguments of counsel, and all other matters presented to the Court,

IT IS HEREBY ORDERED THAT the motion is GRANTED on the following grounds:

1. Plaintiff Douglas Maner did not engage in speech protected by the First Amendment;

2. Plaintiff Maner did not engage in associational activity protected by the First Amendment;

3. Defendant Birgit Fladager was not personally involved in any of the alleged adverse actions sufficient to establish liability;

4. Plaintiff Maner cannot show his protected activity was a substantial or motivating factor for any of the alleged adverse actions;

5. The same decisions would have been made even if Plaintiff Maner had never engaged in protected activity;

6. Plaintiff Maner was not constructively discharged;

7. All complained of conduct prior to April 10, 2012 is time-barred;

8. Plaintiff Maner was provided with due process;

9. Defendant Fladager has qualified immunity;

10. California Labor Code sections 1101 and 1102 are not applicable to Defendant Fladager;

11. Defendant Fladager is statutorily immune under the California Tort Claims Act from liability under California Labor Code sections 1101 and 1102;

12. Plaintiff Maner's California Labor Code claims are preempted;

13. Plaintiff Maner's California Labor Code claims fail;

14. Plaintiff Maner is not entitled to punitive damages;

15. Plaintiff Maner failed to exhaust administrative remedies;

16. Plaintiff Maner failed to exhaust his collectively bargained grievance procedure.

Accordingly, summary judgment in favor of the Defendant Fladager and against

Plaintiff is hereby granted.

Alternatively, partial summary judgment of issues is granted as detailed above.

IT IS SO ORDERED.


DATED: _____, 2016

_____
HONORABLE MORRISON C. ENGLAND