Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
Lisa S. Charbonneau, Bar No. 245906
lcharbonneau@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone: 415.512.3000
Facsimile: 415.856.0306

Attorneys for Defendants
COUNTY OF STANISLAUS and
BIRGIT FLADAGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS MANER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF STANISLAUS, BIRGIT FLADAGER, and DOES 1 through 20, inclusive,,<br><br>Defendant. | Case No.: 1:14-CV-01014-MCE-MJS<br><br>**[PROPOSED] JUDGMENT GRANTING DEFENDANT FLADAGER'S MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**<br><br>*[Filed concurrently with Notice of Motion, Memorandum of Points and Authorities, Statement of Undisputed Facts, Joint Statement of Undisputed Facts, Appendix of Evidentiary Support, Request for Judicial Notice, Proposed Order]*<br><br>Date: April 21, 2016<br>Time: 2:00 PM<br>Courtroom:7, 14th Floor<br>Judge: Morrison C. England, Jr.<br><br>Trial Date: October 24, 2016 |

This Court, having previously entered an order granting the Motion for Summary Judgment by Defendant Birgit Fladager in its entirety as against Plaintiff Douglas Maner pursuant to Rule 56 of the Federal Rules of Civil Procedure, now hereby enters judgment in favor of Defendant Fladager and against Plaintiff Maner.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. JUDGMENT is entered in favor of Defendant Birgit Fladager and against

Plaintiff Maner;

2. That this action is hereby DISMISSED on its merits as to Defendant Birgit Fladager; and

3. That Defendant Birgit Fladager is entitled to recover her costs of suit.

DATED: _____, 2016

_____
HONORABLE MORRISON C. ENGLAND