1 Peter Sean Bradley, Esq, #109258
Law Office of Peter Sean Bradley
2 7045 North Fruit Avenue
Fresno, California 93711
3 Telephone: (559) 431-3142
Facsimile: (559) 436-1135
4
Attorney for Plaintiff
5 Douglas Maner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| DOUGLAS MANER,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF STANISLAUS;<br>BIRGIT FLADAGER,<br>and DOES 1 through 20, inclusive<br><br>    Defendants. | CASE NO   1:14-cv-01014-DAD MJS<br><br>NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS RE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT<br><br>Date    :   May 3, 2016<br>Time    :   9:30 a.m.<br>Courtroom :   5<br>The Honorable Dale A. Drozd |

Plaintiff lodges the following original deposition transcripts:

1. Gerard Begen, Dated 9/23/15

2. Elaine Casillas, Dated 9/24/15

3. Birgit Fladager, Dated 10/19/15

Notice of Lodging of Original Deposition Transcripts

- 1 -

1   4.   David Harris, Dated 10/19/15

2   5.   Michael Houston, Dated 10/8/15

3   6.   Carol Shipley, Dated 9/24/15

4

5   Dated:   March 29, 2016                           Law Office of Peter Sean Bradley

6

7                                              By _____PSB_____
                                                    Peter Sean Bradley
8                                                   Attorneys for Plaintiff

Notice of Lodging of Original Deposition Transcripts

- 1 -

## PROOF OF SERVICE

I declare that I am a citizen of the United States of America and a resident of the County of Fresno, California. I am over the age of 18 years and not a party to this action; my business address is 7045 North Fruit Avenue, Fresno, California 93711.

On March 29, 2016 I caused to be served the attached NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS RE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT on each of the interested parties in said cause as indicated below:

( )  **(BY FEDERAL COURT)** by electronic service procedures of the United States District Court, Eastern District of California, on all parties not served by mail:

( )  **(BY PERSONAL SERVICE)** I caused a copy of said pleadings to be hand-delivered to the interested parties at:

( )  **(BY FACSIMILE)** I caused a copy of said pleadings to be sent via facsimile transmission to the interested parties at:

( )  **(BY OVERNIGHT MAIL)** I caused a copy of said pleadings to be sent via overnight mail to the parties listed below:

(XX )  **(BY REGULAR MAIL)** I caused a copy of said pleadings to be placed in a United States mail depository. I am readily familiar with my office's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing.

MORIN I JACOB ESQ
JULIANA KREESE ESQ
LIEBERT CASSIDY WHITMORE
135 MAIN STREET, 7TH FL
SAN FRANCISCO, CA 94105
415 856 0306
mjacob@lcwlegal.com
jkresse@lcwlegal.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California on March 29, 2016 in Fresno, California.

CARRIE AVEDISIAN