UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS MANER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF STANISLAUS and BIRGIT FLADAGER,<br><br>　　　　　Defendants. | No. 1:14-cv-01014-DAD-MJS<br><br>AMENDED ORDER GRANTING LEAVE TO EXCEED PAGE LIMIT<br><br>(Doc. No. 42) |

Before the court is the parties' stipulation for leave to exceed the ten-page limit for reply briefs set by the court's pretrial scheduling order (Doc. No. 17). Finding good cause, the court grants relief from the page limitation with respect to reply briefs. Accordingly,

1. Defendant County of Stanislaus's reply brief in support of its motion for summary judgment (Doc. No. 26) shall not exceed thirteen (13) pages.
2. Defendant Birgit Fladager's reply brief in support of her motion for summary judgment (Doc. No. 27) shall not exceed thirteen (13) pages.

IT IS SO ORDERED.

Dated:   **April 19, 2016**                                   　　　*Dale A. Drozd*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1